**SPINELLI, DONALD & NOTT**
A Professional Corporation
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888

*Amanda Uhrhammer, SBN 199445*
*ATTORNEYS FOR TIMOTHY HILL AND A.H.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., a minor by and through her Guardian Ad Litem, TIMOTHY HILL; TIMOTHY HILL<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY; CRITIGEN, LLC COMPREHENSIVE HEALTH AND WELFARE BENEFITS PROGRAM; CONNECTICUT GENERAL LIFE INSURANCE COMPANY, A CIGNA COMPANY; AND DOES 1 TO 10 INCLUSIVE.<br><br>Defendants.       _____/ | CASE NO:  2:13cv895 JAM CKD<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>[F.R.C.P. 17.] |

Petitioner states as follows:

1. I am a minor of the age of 16 years.  My date of birth is January 16, 1997.

2. I am about to commence an action in this court against Defendants, CIGNA HEALTH ANDL LIFE INSURANCE COMPANY; CRITIGEN, LLC COMPREHENSIVE HEALTH AND WELFARE BENEFITS PROGRAM; CONNECTICUT GENERAL LIFE

INSURANCE COMPANY, A CIGNA COMPANY and DOES 1 to 10, for denial of benefits under a health care benefit plan which included dental and medical coverage.

3.  I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4.  TIMOTHY HILL, whose address is 347 Tourmaline Way, Redding, CA 96003-3461, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5.  TIMOTHY HILL is willing to act as a guardian ad litem for petitioner, as appears by his consent attached hereto.

WHEREFORE, petitioner moves this court for an order appointing TIMOTHY HILL as guardian ad litem for the purpose of bringing action against CIGNA HEALTH AND LIFE INSURANCE COMPANY; CRITIGEN, LLC COMPREHENSIVE HEALTH AND WELFARE BENEFITS PROGRAM; CONNECTICUT GENERAL LIFE INSURANCE COMPANY, A CIGNA COMPANY and DOES 1 TO 10 on the claim hereinabove stated.

Dated:  April 7, 2013         /s/_____
                              Abbey Hill, Petitioner

Dated:  April 7, 2013         **SPINELLI, DONALD & NOTT**

                              /s/  Amanda Uhrhammer
                              Amanda Uhrhammer
                              Attorneys for Petitioner

**CONSENT OF NOMINEE**

I, TIMOTHY HILL, the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: April 7, 2013                           /s/_____
                                               Timothy Hill

**ORDER**

The petition for an order appointing TIMOTHY HILL as guardian ad litem for the petitioner is GRANTED.

Dated: 5/28/2013                               /s/ John A. Mendez_____

                                               UNITED STATES DISTRICT COURT JUDGE

SPINELLI, DONALD &
NOTT

3
PETITION AND ORDER APPOINTING GUARDIAN AD LITEM