Sean P. Nalty (SBN 121253)
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant CIGNA HEALTH AND LIFE INSURANCE COMPANY

Amanda Uhrhammer (SBN 199445)
amandau@sdnlaw.com
SPINELLI, DONALD & NOTT
A Professional Corporation
815 S Street, Second Floor
Sacramento, CA  95811
Telephone:    916.448.7888
Facsimile:    916.448.6888

Attorneys for Plaintiffs A.H. and TIMOTHY HILL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.H., a minor by and through her Guardian Ad Litem, TIMOTHY HILL; TIMOTHY HILL,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY; CRITIGEN LLC COMPREHENSIVE HEALTH AND WELFARE BENEFITS PROGRAM; CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a CIGNA COMPANY; AND DOES 1 TO 10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:13-cv-00895-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT [L.R. 144]**<br><br><br>Complaint Filed: May 7, 2013<br>Trial Date:<br>Judge:　　　　Hon. John A. Mendez |

**IT IS HEREBY STIPULATED,** pursuant to Civil Local Rule 144, by and between Plaintiffs A.H. and Timothy Hill ("Plaintiffs") and Defendant CIGNA Health and Life Insurance Company and Connecticut General Life Insurance Company ("Defendants"), through their attorneys of record, as follows:

1. Defendants were served with the Summons and Complaint in this action on about May 30, 2013;

2. Plaintiff has agreed that Defendants may have an additional week's extension to and including July 24, 2013, to answer the Complaint filed in this action due to Defendants' counsel having to go out of town due to a death in the family; and

3. This extension of time to respond to the Complaint does not alter the date of any event or any deadline already fixed by Court Order, and one previous stipulation to extend the time to answer or otherwise respond to the Complaint has been filed in this action.

DATED: July 17, 2013                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                    By: /s/ Sean P. Nalty
                                        Sean P. Nalty

                                    Attorneys for Defendant CIGNA HEALTH AND LIFE INSURANCE COMPANY

DATED: July 17, 2013                SPINELLI, DONALD & NOTT

                                    By: /s/ Amanda Uhrhammer
                                        Amanda Uhrhammer

                                    Attorneys for Plaintiffs
                                    A.H. and TIMOTHY HILL

**ORDER**

Pursuant to the Stipulation of the parties and GOOD CAUSE APPEARING, the Court hereby ORDERS that Defendants may have an additional week's extension to and including July 24, 2013, to respond to the Complaint filed in this action.

IT IS SO ORDERED.


DATED:   July 17, 2013                                          /s/ John A. Mendez
                                                                Honorable John A. Mendez
                                                                United States District Court Judge