1  **SPINELLI, DONALD & NOTT**
   A Professional Corporation
2  DOMENIC D. SPINELLI, SBN 131192
   815 S Street, Second Floor
3  Sacramento, CA 95811
   Telephone: (916) 448-7888
4  Facsimile:  (916) 448-6888
   Email: DomenicS@SDNLaw.com
5
   Attorneys for Plaintiffs,
6  Timothy Hill and A.H.

7

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12

13 | A.H., a minor by and through her Guardian    | CASE NO:  2:13-CV-00895-JAM-CKD
   | Ad Litem, TIMOTHY HILL; TIMOTHY
14 | HILL,                                         | STIPULATION AND [~~PROPOSED~~]
   |                                               | ORDER OF DISMISSAL
15 |           Plaintiffs,
   |                                               | [ERISA 29 U.S.C. 1132 et seq.]
16 |    v.
17 |                                               | Action Filed: 5/7/2013
   | CIGNA HEALTH AND LIFE
18 | INSURANCE COMPANY; CRITIGEN,
   | LLC COMPREHENSIVE HEALTH AND
19 | WELFARE BENEFITS PROGRAM;
   | CONNECTICUT GENERAL LIFE
20 | INSURANCE COMPANY, a CIGNA
   | COMPANY; AND DOES 1 TO 10
21 | INCLUSIVE.
22 |           Defendants.

23 TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE

24 COUNSEL OF RECORD:

25                              **STIPULATION**

26     IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties

27 as follows:

28     WHEREAS, parties have fully executed a settlement agreement on June 26, 2014.

1  WHEREAS, in consideration of a waiver of costs and attorneys fees, plaintiff agreed to
2  authorize their attorneys to execute a Stipulation to dismiss all claims asserted against the
3  Defendant a fully executed settlement agreement and payment in full.
4  WHEREAS, the parties further agreed that the dismissal will not be filed until all settlement
5  funds have been paid. The settlement funds have been fully paid and the dismissal is therefore
6  being file.
7  WHEREAS pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the
8  above-referenced case should be DISMISSED with prejudice and without an award of costs or fees
9  to Plaintiffs A.H., a minor by and through her Guardian Ad Litem, TIMOTHY HILL and
10 TIMOTHY HILL and Defendants CIGNA HEALTH AND LIFE INSURANCE COMPANY,
11 CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and CRITIGEN LLC
12 COMPREHENSIVE HEALTH AND WELFARE BENEFITS PROGRAM.

IT IS SO STIPULATED.

Dated: October 7, 2016              **SPINELLI, DONALD & NOTT**

                                    By:   /s/ Domenic D. Spinelli
                                    Domenic D. Spinelli
                                    Counsel for Plaintiffs,
                                    **TIMOTHY HILL and A.H.**

DATE: October 7, 2016               **OGLETREE, DEAKINS, NASH, SMOAK & STEWART**

                                    By:   /s/ Sean P. Nalty
                                    Sean P. Nalty, Esq.
                                    Attorneys for Defendants,
                                    **CIGNA HEALTH AND LIFE INSURANCE COMPANY; CONNECTICUT GENERAL LIFE INSURANCE COMPANY; and CRITIGEN LLC COMPREHENSIVE HEALTH AND WELFARE BENEFITS PROGRAM**

## ORDER

1. The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to Plaintiffs A.H., a minor by and through her Guardian Ad Litem, TIMOTHY HILL and TIMOTHY HILL and Defendants CIGNA HEALTH AND LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and CRITIGEN LLC COMPREHENSIVE HEALTH AND WELFARE BENEFITS PROGRAM. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 7th day of October, 2016.

_____
THE HONORABLE JOHN A. MENDEZ